IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLEAN AIR COUNCIL, et al., <br> Plaintiffs, | : <br> : <br> : |
| v. | :    Civ. No. 17-4977 |
| UNITED STATES OF AMERICA, et al., <br> Defendants. | : <br> : <br> : |

## O R D E R

**AND NOW**, this 19th day of February, 2019, upon consideration of Defendants' Motion to Dismiss (Doc. No. 18), Plaintiffs' Response in Opposition (Doc. No. 28), Defendants' Supplemental Motion to Dismiss and Reply (Doc. No. 31), Plaintiffs' Sur-Reply (Doc. No. 34), Defendants' Notice of Supplemental Authority (Doc. No. 35), Plaintiffs' Responses to Defendants' Notice (Doc. Nos. 38, 39), Plaintiffs' Notices of Supplemental Authority (Doc. Nos. 41, 42), Defendants' Motion to Strike (Doc. No. 42), Plaintiffs' Response (Doc. No. 43), Plaintiffs' Motion to Depose Rex Tillerson (Doc. No. 44), Defendants' Response in Opposition (Doc. No. 46), Plaintiffs' Reply (Doc. No. 47), and Defendants' Motion to Stay Briefing (Doc. No. 45), and all related submissions, it is hereby **ORDERED** as follows:

1. Defendants' Motion to Dismiss (Doc. Nos. 18, 31) is **GRANTED**;
2. Plaintiffs' Amended Complaint (Doc. No. 16) is **DISMISSED with prejudice**;
3. Defendants' Motion to Strike (Doc. No. 42) is **DENIED as moot**;
4. Plaintiffs' Motion to Depose Rex Tillerson (Doc. No. 44) is **DENIED as moot**;
5. Defendants' Motion to Stay Briefing (Doc. No. 45) is **DENIED as moot**; and
6. The **COURT OF CLERK** shall **CLOSE** this case.

                                                        **AND IT IS SO ORDERED.**

                                                        */s/ Paul S. Diamond*

                                                        _____
                                                        Paul S. Diamond, J.